UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-60172-CIV-MORENO**

RYAN TURIZO, *individually and on behalf of*
*all others similarly situated*,

        Plaintiff,

vs.

INLET BAY AT GATEWAY, LLC *d/b/a*
INTEL BAY AT GATEWAY,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND**
**ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice **(D.E. 6)**, filed on **March 3, 2020**.

THE COURT has considered the notice, the pertinent portions of the record, and is otherwise fully advised in the premises. The Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are **DENIED AS MOOT** with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd of March 2020.

                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record